**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:16-cv-21181-UU**

DR. HENRY VAZQUEZ, on behalf of himself and all others similarly situated, )
)
Plaintiff, )
)
v. )
)
ANHEUSER-BUSCH COMPANIES, LLC, )
)
Defendant. )

## STIPULATION OF DISMISSAL

Plaintiff, Dr. Henry Vazquez and Defendant, Anheuser-Busch Companies, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)[1], do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Dr. Henry Vazquez, individually, be in same are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class be and same are hereby dismissed without prejudice.

---

[1] As no class has been certified in this action, Court approval does not appear to be required. See Fed. R. Civ. P. 23(e) and comments to the 2003 amendments: "The new rule requires approval only if the claims, issues or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise." However, if requested, counsel to the parties will appear and respond to any questions the Court may have regarding this stipulation.

Dated: October 3, 2016

COLSON HICKS EIDSON

By: /s/ Patrick Montoya
Ervin A. Gonzalez
Patrick Montoya
Natalie M. Rico
COLSON HICKS EIDSON
255 Alhambra Circle
Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Fax: (315) 476-7444
Ervin@Colson.com
Patrick@Colson.com
Natalie@Colson.com
*Counsel for Dr. Henry Vazquez*

DOWD BENNETT, LLP

By: /s/ James F. Bennett
James F. Bennett, pro hac vice
Hannah F. Preston, pro hac vice
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Phone: (314) 889-7300
Fax: (314) 863-1272
jbennett@dowdbennett.com
hpreston@dowdbennett.com

KENNY NACHWALTER, P.A.

By: /s/ Stanley H. Wakshlag
Stanley H. Wakshlag
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
swakshlag@knpa.com
*Counsel for Anheuser-Busch Companies, LLC*