## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-21181-UU

DR. HENRY VASQUEZ,

     Plaintiff,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

     Defendant.

_____

### ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On October 3, 2016, the parties filed a Joint Stipulation of Dismissal, thereby dismissing Plaintiff Dr. Henry Vazquez's claims with prejudice and dismissing the claims of "any unnamed member of the alleged class" without prejudice.  D.E. 83.  Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day of October, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record